(Docket No. 23)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

```
_____
ANGEL MANUEL CANCEL,           :
                               :
           Plaintiff,          :
                               :
      v.                       :     Civil No. 05-5168 (RBK)
                               :
                               :
HARLEY G. LAPPIN, et al.,      :
                               :
                               :
           Defendant.          :
_____:
```

## ORDER

This motion having come before the court on motion by Defendants Harry G. Lappin, Director of the Federal Bureau of Prisons and Christopher Maloney, Chief United States Probation Officer for the District of New Jersey (collectively "Defendants") to dismiss the complaint of pro se plaintiff Angel Manuel Cancel ("Plaintiff") for failure to effect service of process, or in the alternative, for failure to state a claim; and the Court having considered the moving papers and the opposition thereto;

IT IS HEREBY **ORDERED** that Defendants' motion to dismiss Plaintiff's complaint for failure to effect service upon Defendants Lappin and Maloney in accordance with Federal Rule of Civil Procedure 4(i)(2)(B) is **GRANTED.**

DATE:<u>6/11/2007</u>                                                  <u>s/Robert B. Kugler</u>
                                                                      ROBERT B. KUGLER
                                                                      U.S. DISTRICT JUDGE